Opinion issued March 15, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00548-CV

____________


CHARLES THOMAS KUPKA, Appellant


V.


KIRSTEN H. KUPKA AND SCOTTSDALE INSURANCE COMPANY,
Appellees






On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2004-66753






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss his appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.